UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Plaintiff,

  -v-                                              12-CV-0850-WMS

$5,000.00 UNITED STATES CURRENCY,

    Defendant.
_____

## **ORDER**

Based upon the executed STIPULATED SETTLEMENT AND FORFEITURE AGREEMENT, which was filed with this Court, in the above captioned litigation, and after review and due deliberation, it is hereby

**ORDERED,** that $3,000.00 shall be forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6) and disposed of according to law, and the remaining $2,000.00, shall be returned to the claimant, Paul E. Sibick, through his attorney, Mark E. Guglielmi, Esq., and

**ORDERED,** that any claims to the defendant currency are hereby forever barred and that the United States District Court for the Western District of New York shall retain jurisdiction over any dispute concerning a breach of this agreement.

    SO ORDERED.

Dated:  January 3, 2013
          Buffalo, NY                                  s/William M. Skretny
                                                          WILLIAM M. SKRETNY
                                                               Chief Judge
                                                       United States District Court